pg 1 of 4



In The United States District Court
For The Southern District Of Mississippi

Jason Holloway                                    Plaintiff

vs                              Civil Action No. 5:21-cv-63-KS-RHWR

Scott Middlebrooks et. al.                   Defendant(s)

Motion To Amend Complaint
To Add New Claim

Comes Now I, Jason Holloway, pro se and files the above styled motion. I'm willing to show unto the court the following:

1. The plaintiff had recently filed a motion to amend complaint (see Doc #11) to add the claim of denial of the plaintiff's religion. Which this court granted (see Doc #19).

2. The plaintiff now wishes to add a claim for injunctive relief under the Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA) U.S.C.S § 2000cc to 2000cc-5. The plaintiff will also be seeking damages in this and under this statue.

3. The plaintiff is of the Muslim faith. He has been

Case 5:23-cv-00009-BWR   Document 7   Filed 02/10/23   Page 2 of 4
Case 5:21-cv-00063-BWR   Document 24   Filed 11/05/21   Page 2 of 4

pg 2 of 4

since 2019. When he changed his religion from Christianity to Muslim at C.M.C.F. before being transferred to W.C.C.F.

4. The plaintiff raises the following claims under the RLUIPA. They are as followed:

A. Failing to provide a full-time paid Muslim spiritual leader at W.C.C.F.

B. Forcing me to food that is not Halal diet. I'm to only eat food that is good and lawful pursuant to Islamic dietary laws.

C. Failing to allow me visits with the part-time Imam unless I send a request

D. Not allowing me to wear my koofee when Christian inmates are allowed to wear their crosses.

E. Failing and denying the plaintiff to participate in Ramadan during the year of 2020

F. Printing and passing out Christian pamphlets and other materials but not providing me with requested Islam materials.

G. Not allowing the to participate in any Jumu'ah services.

Case 5:23-cv-00009-BWR   Document 7   Filed 02/10/23   Page 3 of 4
Case 5:21-cv-00063-BWR   Document 24   Filed 11/05/21   Page 3 of 4

pg 3 of 4

4. Failing to provide the plaintiff with a Quran, prayer rug, and prayer oil to do his daily prayers to Allah. But provide Christians with Bibles and the supplies they need to do their communion.

5. All of these claims deny the plaintiff his right to practice his religion. The defendants are placing a substantial burden on the plaintiff by the defendants.

## Relief Sought

(A) 1. For M.T.C. to hire or provide a full-time Muslim spiritual leader at W.C.C.F. Or at least one that will work more than (1) day a week at the prison.

(B) 2. Provide the plaintiff with a Halal diet according to the Muslim dietary laws.

(C) 3. Allow and recieve visits from the prison Imam at least 2x a week.

(D) 4. Allow plaintiff to wear his koffee cap when out of his cell as his religious medallion just as Christians get to wear their crosses.

(f) 5. Supply plaintiff with Muslim literature, newsletters and other materials as they do Christians.

(G) 6. Allow the plaintiff to participate in Jumuah service with the other Muslim brothers on P.C.

(H) 7. Provide the plaintiff with a Quran, prayer rug, and prayer oil to do his daily prayers to Allah with the same way they provide Christians with Bibles and supplies and things to have their communion with.

For all the reasons mentioned herein, this motion should be granted to add the claim of denial of religion under the R.L.U.I.P.A. statue of the United States.

I, Jason Holloway declares under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully Submitted,

Jason Holloway # m0998
W.C.C.F. E-206
2929 Hwy 61 North
P.O. Box 1889
Woodville, MS 39669

*signature*
11-1-21