IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JASON HOLLOWAY                                                                           PLAINTIFF

VERSUS                                          CIVIL ACTION NO. 5:23-cv-00009-BWR

WARDEN SCOTT MIDDLEBROOKS, et al.                             DEFENDANTS

FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendants' Motion [16] for Summary Judgment is **GRANTED**. Plaintiff Jason Holloway's claims against Warden Scott Middlebrooks, Management & Training Corporation, and Chaplain Dewayne Anthony are **DISMISSED WITHOUT PREJUDICE** for his failure to exhaust administrative remedies.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this case is closed.

**SO ORDERED AND ADJUDGED,** this 7th day of February, 2024.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE